BNDDUTY,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:22−mj−02316−JG−1

| | |
|---|---|
| Case title: USA v. Pineda et al | Date Filed: 03/02/2022 |
| Other court case number: 22−CR−76−WFJ MIDDLE DISTRICT OF FLORIDA | Date Terminated: 03/02/2022 |

Assigned to: Magistrate Judge Jonathan Goodman

**Defendant (1)**

| | | |
|---|---|---|
| **Valdimir Pineda**<br>02798−506<br>*TERMINATED: 03/02/2022* | represented by | **Noticing FPD−MIA**<br>305−530−7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Warr/MDFL/Indictment/Conspiracy with intent to distribute 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction of U.S | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/02/2022 | 1 | | Magistrate Removal of Indictment from MIDDLE DISTRICT OF FLORIDA Case number in the other District 22−CR−76−WFJ as to Valdimir Pineda (1), Felipe Cortez Ceverin (2). (kss) (Entered: 03/02/2022) |
| 03/02/2022 | 2 | | Invocation of Right to Silence and Counsel by Valdimir Pineda (Ecarius, Daniel) (Entered: 03/02/2022) |
| 03/02/2022 | 5 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Valdimir Pineda (dgj) (Entered: 03/03/2022) |
| 03/02/2022 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Valdimir Pineda. Defendant committed to Middle District of Florida.. Closing Case for Defendant. Signed by Magistrate Judge Jonathan Goodman on 3/2/2022. *See attached document for full details.* (dgj) (Entered: 03/03/2022) |
| 03/03/2022 | 4 | | Minute Order for proceedings held before Magistrate Judge Jonathan Goodman: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Valdimir Pineda held on 3/3/2022. Bond recommendation/set: Valdimir Pineda (1) STIP $250K CSB/NEBBIA w/right to revisit. Date of Arrest or Surrender: 3/1/22. Deft waived removal/identity hrg. Court orders deft removed to MD/FL. Spanish Interpreter present. Attorney added: Noticing FPD−MIA for Valdimir Pineda (Digital JG_01_03−02−2022/ZOOM (Duty) 1:30pm; 2:01pm) <br><br> It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence− that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Jonathan Goodman on 3/2/2022. (dgj) (Entered: 03/03/2022) |

Case 1:22-mj-02316-GJ Document 7 Entered on FLSD Docket 03/02/2022 Page 3 of 14
Case 8:22-cr-00076-WFJ-SPF Document 1 Filed 02/24/22 Page 1 of 7 PageID 1
22-MJ-2316-GOODMAN

FILED BY KS D.C.
Mar 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

FILED
2022 FEB 24 PM 4:14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

VALDIMIR PINEDA and
FELIPE CORTEZ CEVERIN

CASE NO. 8:22-cr-76-WFJ-SPF
46 U.S.C. §§ 70503(a) and
70506(a) and (b)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about February 15, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

VALDIMIR PINEDA, and
FELIPE CORTEZ CEVERIN,

did knowingly, willfully, and intentionally combine, conspire, and agree with each other and other persons unknown to the Grand Jury, to possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

3

## COUNT TWO

Beginning on an unknown date and continuing through on or about February 15, 2022, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

> VALDIMIR PINEDA, and
> FELIPE CORTEZ CEVERIN,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> VALDIMIR PINEDA, and
> FELIPE CORTEZ CEVERIN,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1)

through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

**VALDIMIR PINEDA, and**
**FELIPE CORTEZ CEVERIN,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

3

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 US.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Tereza Zambrano Ohley
Special Assistant United States Attorney

By: *[signature]*
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

VALDIMIR PINEDA and
FELIPE CORTEZ CEVERIN

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

A true bill

_____
Foreperson

Filed in open court this 24th day of February 2022.

_____
Clerk

Bail $_____

GPO 863 525

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Valdimir Pineda

*Defendant*

Case No. 8:22 cr 76 WFJ-SPF

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Valdimir Pineda,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 2-25-22

*Issuing officer's signature*

City and state: Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

8

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Felipe Cortez Ceverin | ) | Case No. 8:22 cr 76 WFJ-SPF |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Felipe Cortez Ceverin,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 2-25-22

*Issuing officer's signature*

City and state: Tampa, FL ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-2316-GOODMAN

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

vs.

**VALDIMI PINEDA,**

   **Defendant.**
_____/

**DEFENDANT'S INVOCATION OF
RIGHT TO SILENCE AND COUNSEL**

  The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

  The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

1

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/*Daniel L. Ecarius*
Daniel L. Ecarius
Assistant Federal Public Defender
Florida Bar No. 0719765
150 W. Flagler Street, Suite 1700
Miami, FL 33l30
Telephone: (305) 530-7000
E-mail: daniel_ecarius@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Daniel L. Ecarius*
Daniel L. Ecarius

# MINUTE ORDER

Page 1

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 3/2/2022    Time: 1:30 p.m.

Defendant: 1) VALDIMIR PINEDA    J#: 02798-506    Case #: 22-MJ-2316-GOODMAN

AUSA: Michael Brenner     Attorney: AFPD, Daniel Ecarius

Violation: Warr/MDFL/Indictment/Consp with intent to distribute 5 kilo or more of cocaine while on board a vessel subject to the jurisdiction of U.S

Surr/Arrest Date: 3/1/2022    YOB: 1975

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: **STIP. $250,000 Corporate Surety Bond with Nebbia**    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: Spanish

Disposition: Brady Order given. Defendant consents to appear via VTC. Defendant sworn and AFPD appointed. The parties STIPULATED to $ 250,000 Corporate Surety Bond with Nebbia with the right to revisit. Removal and Identity Waived. The case will be transferred to the Middle District of Florida for all further proceedings.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. JG_01_03-02-2022/Zoom (Duty) 1:30pm; 2:01pm    Time in Court: 32 mins.

s/Jonathan Goodman     Magistrate Judge

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 22-MJ-2316-GOODMAN

United States of America
    Plaintiff,
v.

Charging District's Case No. 22-CR-76-WFJ

VALDIMIR PINEDA,
    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **MIDDLE DISTRICT OF FLORIDA.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X] An identity hearing and production of the warrant.

[X] A preliminary hearing.

[X] A detention hearing in the Southern District of Florida.

[X] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

(Daniel Ecarius) for Valdimir Pineda
_Daniel E. Ecarius for Valdimir Pineda_
Defendant's Signature

Date: 3/2/2022

_/s/ Jonathan Goodman_
Jonathan Goodman
United States Magistrate Judge

13

## United States District Court
## Southern District of Florida
Case No. 22-MJ-2316-GOODMAN

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 22-CR-76-WFJ

VALDIMIR PINEDA,
(USM# 02798-506)
_____/

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the MIDDLE DISTRICT OF FLORIDA.

__AFPD, Daniel Ecarius_____ was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 3/2/2022.

_/s/ Jonathan Goodman_
Jonathan Goodman
United States Magistrate Judge