UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:22-cr-76-WFJ-SPF

VALDIMIR PINEDA and
FELIPE CORTEZ CEVERIN

## JOINT STATUS REPORT (MARCH 2022)

The United States files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the Court's Order of April 7, 2022, Doc. 29, the United States, after consultation with counsel for the above-named defendant, states as follows:

1. **Brief summary of the case's status:**

The defendants were charged in a two-count indictment on February 24, 2022. Count One charges a conspiracy to possess with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States. Count Two charges a possession with the intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States.

The defendants were arrested in the Southern District of Florida on March 1, 2022. On transfer to the Middle District of Florida, the defendants werea arraigned on March 22, 2022 ( Mr. Cortez Ceverin) and March 25, 2022 (Mr.

Pineda). Both entered pleas of not guilty to all counts in the Indictment. They remain detained pending trial. Initial discovery was provided by the government on or about April 8, 2022 by USAfx (Mr. Pineda) and mail (Mr. Cortez Ceverin), and is ongoing.

2. **Possibility of a plea agreement as to each defendant:**

The United States extended plea offers to Mr. Pineda and Mr. Cortez Ceverin on April 4, 2022. Defendant Cortez Ceverin is at Glades County Jail. His counsel, Mr. Armington will be requesting a continuance to allow more time to discuss the case and offer with his client. The United States would not object to such continuance.

3. **Number of days required for trial:**

The government anticipates that it would require three days to present its case-in-chief. The defense would require one additional day for its case.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

None.

5. **Potential speedy trial problems:**

At this time, the parties do not anticipate any speedy trial concerns. Trial is currently scheduled for the May 2022 trial term. Doc. 27.

> Respectfully submitted,
>
> ROGER B. HANDBERG
> United States Attorney
>
> By: /s/ *Tereza Zambrano Ohley*
> Tereza Zambrano Ohley
> Special Assistant United States Attorney
> Florida Bar No. 0060407
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone: (813) 274-6000
> Facsimile: (813) 274-6358
> E-mail: Tereza.Ohley@usdoj.gov

U.S. v. Pineda, et. al.                            Case No. 8:22-cr-76-WFJ-SPF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

      Counsel of Rcord

                                       */s/ Tereza Z. Ohley*
                                       Tereza Z. Ohley
                                       Special Assistant United States Attorney
                                       Florida Bar No. 0060407
                                       400 N. Tampa Street, Suite 3200
                                       Tampa, Florida 33602-4798
                                       Telephone:   (813) 274-6000
                                       Facsimile:    (813) 274-6358
                                       E-mail: Tereza.Ohley@usdoj.gov